E-FILED
Tuesday, 20 January, 2026  04:04:55 PM
Clerk, U.S. District Court, ILCD

|  |  |  |
|---|---|---|
| | ) | **United States District Court** |
| MORGAN COLE, on behalf of himself | ) | **Central District of Illinois** |
| and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.:  4:25-cv-4184 |
| | ) | |
| v. | ) | |
| | ) | |
| Summit Apparel, Inc. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |
| | ) | |

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: January 20, 2026

| | |
|---|---|
| _____ | _____ |
| David B. Reyes, Esq. | Jonathan Sedgh, Esq. |
| EQUAL ACCESS LAW GROUP, PLLC | Morgan & Morgan |
| 68-29 Main Street | 199 Water St, Ste. 1500, |
| Flushing, NY 11367 | New York, NY 10038 |
| O: (844) 731-3343 | T: (212) 738-6839 |
| Tel: (718) 554-0237 | Email: jsedgh@forthepeople.com |
| Email: Dreyes@ealg.law | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |